IN THE SUPREME COURT OF THE STATE OF NEVADA

DONTE LOFTON,
                Appellant,
        vs.
THE STATE OF NEVADA,
                Respondent.

No. 79475

FILED

SEP 16 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on April 16, 2018. Appellant did not file the notice of appeal, however, until August 20, 2019, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.        _____, J.
Stiglich                                  Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

A-38554

cc: Hon. Douglas W. Herndon, District Judge
Donte Lofton
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A